# Frankfurt Kurnit Klein + Selz <sub>PC</sub>

**Kimberly M. Maynard**
28 Liberty Street, New York, New York 10005
T (212) 705-4853    F (347) 438-2193
kmaynard@fkks.com

January 21, 2020



**VIA ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

JAN 2 2 2020

SO ORDERED

The status conference scheduled for January 28, 2020 is adjourned to March 31, 2020 at 9:45 a.m.

/s/ George B. Daniels

RE: *Blockchain Luxembourg S.A., et al. v. Paymium, SAS*, No.: 1:18-cv-8612
Request to Adjourn Case Management Conference

Dear Judge Daniels:

We are counsel for Plaintiffs Blockchain Luxembourg S.A. and Blockchain (US), Inc. in the above-referenced matter. We write with the consent of counsel for Defendant Paymium, SAS. Since Your Honor's January 16, 2020 Order of Reference to Magistrate Judge Debra Freeman, the parties have scheduled a phone call with Judge Freeman for January 31, 2020 to discuss mediation. The parties expect that they will set a date for the mediation during or shortly after this call.

In light of the referral to mediation and Your Honor's January 16, 2020 Order staying all other deadlines in the case until after the completion of the mediation (Dkt. 63), the parties ask that the Case Management Conference scheduled for January 28, 2020 be adjourned until a date after the completion of mediation. The parties believe that an adjournment will allow them to focus on resolving this matter through mediation and will conserve the Court's resources while they do so. This is the parties' first request to adjourn the January 28, 2020 Case Management Conference.

Respectfully Submitted,

*/s/ Kimberly M. Maynard*

Kimberly M. Maynard