**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

BLOCKCHAIN LUXEMBOURG S.A. and
BLOCKCHAIN (US), INC.,

                              Plaintiffs,

        -against-

PAYMIUM, SAS, *a/k/a Blockchain.io*,

                              Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 10 2020

ORDER

18 Civ. 8612 (GBD)

GEORGE B. DANIELS, United States District Judge:

The August 11, 2020 conference is adjourned to September 22, 2020 at 9:45 a.m.

Dated: New York, New York
       August 10, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge