UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BLOCKCHAIN LUXEMBOURG S.A.;
BLOCKCHAIN (US), INC.,

                     Plaintiffs.

-against-

PAYMIUM, SAS, *a/k/a* BLOCKCHAIN.IO,

                     Defendant.

------------------------------------- x

ORDER

18 Civ. 8612 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The September 22, 2020 status conference is adjourned to October 27, 2020 at 9:45 a.m.

Dated: New York, New York
       September 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE