UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BLOCKCHAIN LUXEMBOURG S.A. et al.,

                 Plaintiffs,

-against-

PAYMIUM, SAS *a/k/a* BLOCKCHAIN.IO et al.

                 Defendants.

------------------------------------- x

ORDER

18 Civ. 8612 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on October 27, 2020 at 9:45 a.m. is hereby adjourned to December 15, 2020 at 9:45 a.m.

Dated: New York, New York
       October 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge