UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
 :
BLOCKCHAIN LUXEMBOURG S.A. et al., :
 :
                        Plaintiffs, :
  -against- :
 : ORDER
PAYMIUM, SAS et al., :
 : 18 Civ. 8612 (GBD)
                        Defendants. :
 :
 :
 :
------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The December 15, 2020 status conference is adjourned to February 2, 2021 at 9:45 a.m..

Dated: November 30, 2020
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE