UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

BLOCKCHAIN LUXEMBOURG S.A. et al.,

                Plaintiffs,

  -against-

PAYMIUM, SAS et al.,

                Defendants.

------------------------------------ X

ORDER

18 Civ. 8612 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 5 2021

GEORGE B. DANIELS, District Judge:

    The status conference scheduled on February 2, 2021 is adjourned to April 13, 2021 at 9:45 a.m.

Dated: January 25, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE