UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
BLOCKCHAIN LUXEMBOURG S.A. et al., :
:
                              Plaintiffs, :
  -against- :
                                                  ORDER
PAYMIUM, SAS et al., :
: 18 Civ. 8612 (GBD)
                              Defendants. :
:
------------------------------------------------------------- x

GEORGE B. DANIELS, District Judge:

       The status conference scheduled on February 2, 2021 is adjourned to April 13, 2021 at 9:45 a.m.

Dated: January 25, 2021
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE