UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

BLOCKCHAIN LUXEMBOURG S.A. et al.,

                        Plaintiffs,

  -against-

PAYMIUM, SAS et al.,

                       Defendants.

------------------------------------- x

ORDER

18 Civ. 8612 (GBD) (DCF)

GEORGE B. DANIELS, District Judge:

    The April 13, 2021 status conference is hereby cancelled in light this Court's referral to Magistrate Judge Freeman for settlement.

Dated: April 12, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE