# Frankfurt Kurnit Klein + Selz PC

**Kimberly M. Maynard**
28 Liberty Street, New York, New York 10005
T (212) 705-4853    F (347) 438-2193
kmaynard@fkks.com

May 28, 2021

**VIA ECF**

Magistrate Judge Debra Freeman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007-1312

      RE:    *Blockchain Luxembourg S.A., et al. v. Paymium, SAS*, No.: 1:18-cv-8612
             Joint Mediation Status Update

Dear Magistrate Judge Freeman:

      We are counsel for Plaintiffs Blockchain Luxembourg S.A. and Blockchain (US), Inc. in the above-referenced matter. We write with the consent of counsel for the Defendant and pursuant to Your Honor's May 7, 2021 order directing the parties to submit a further status report regarding the status of their settlement discussions by May 28, 2021.

      Since our last report, Defendant's counsel has continued to review Plaintiff's April 23, 2021 edits to the proposed settlement agreement. Accordingly, the parties request that the Court set a deadline of two weeks from today, on June 11, 2021, for submission of a further joint status report.

      Respectfully Submitted,

      */s/ Kimberly M. Maynard*

      Kimberly M. Maynard

cc: All counsel (via ECF)

SO ORDERED

*[signature]*
DEBRA FREEMAN
United States Magistrate Judge
Dated: 5/28/2021