IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

BLOCKCHAIN LUXEMBOURG, S.A. &
BLOCKCHAIN (US), INC.,

                      Plaintiffs,                      18 Civ. 8612 (GBD)

v.

PAYMIUM SAS a/k/a BLOCKCHAIN.IO &
PIERRE NOIZAT

                      Defendants.

---------------------------------------------------------- X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Blockchain Luxembourg S.A. & Blockchain (US), Inc., and Defendants Paymium, SAS a/k/a Blockchain.io & Pierre Noizat, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all of the claims and counterclaims in the above captioned action are voluntarily dismissed, with prejudice and without costs or fees to any party.

| | |
|---|---|
| _____ | _____ |
| Edward H. Rosenthal | Martin Schwimmer, Esq. |
| Kimberly M. Maynard | Lori Cooper, Esq. |
| Frankfurt Kurnit Klein & Selz, P.C. | Leason Ellis |
| 28 Liberty Street, 35th Floor | One Barker Avenue – 5th Floor |
| New York, New York 10005 | White Plains, New York 10601 |
| Tel: 212.980.0120 | Tel: 914.288.0022 |
| erosenthal@fkks.com | Email: schwimmer@leasonellis.com |
| kmaynard@fkks.com | cooper@leasonellis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

_____
U.S.D.J.